## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

QUINTINA DESCHENIE,
GLORIA JEAN TODACHEENE,
FANNIE L. ATCITTY, and
PATRICIA EMRICK,

       Plaintiffs,

v.                                        Civil No. 03-1226 WJ/DJS

BOARD OF EDUCATION OF CENTRAL
CONSOLIDATED SCHOOL DIST. NO. 22,
RANDY J. MANNING, individually and in his
capacity as School Board President,
GARY D. RAY, individually and in his
capacity as School Board Vice President,
STANLEY R. KING, individually and in his
capacity as School Board Secretary,
LINDA BESETT, individually and in her
capacity as Superintendent of Schools,
JAY MORTENSEN, individually and in his
capacity as Assistant Superintendent of Schools, and
DENNIS NICHOLSON, individually and in his
capacity as Assistant Superintendent of Schools,

       Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court upon Defendant The Daily Times' Motion to

Dismiss for Failure to State a Claim, or in the Alternative, for More Definite Statement, filed

August 12, 2004 **(Doc. 52)**, and Defendant Harry Descheenie's Motion to Dismiss for Failure to

State a Claim, filed August 18, 2004 **(Doc. 54)**.  By stipulation of the parties involved, claims

asserted by Third-Party Plaintiff Linda Besett against both Defendant Daily Times and Harry

Descheenie have been dismissed with prejudice.  <u>See</u>, Docs. 79 and 89.  The dismissal of Ms.

Besett's claims against the Daily Times and Harry Descheenie renders the dispositive motions

filed by these Third-Party Defendants moot.  Therefore, both motions to dismiss **(Docs. 52 and**

**54)** are DENIED AS MOOT.

      **IT IS SO ORDERED**.

_____

UNITED STATES DISTRICT JUDGE